**File Hashes for IP Address 71.225.132.3**

**ISP:** Comcast Cable
**Physical Location:** Malvern, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/11/2013 01:38:08 | 680F6B0426519882FFDC454B1D0BB9CC47499821 | Erotic Stretching and Sex |
| 09/08/2013 23:58:15 | E491E58FD9502FC54BB70AA31968896DAE516EFF | Spontaneous |
| 09/03/2013 00:54:08 | 6632990AAED4D0BEA4FA630337F68DD6E43B60C2 | Red Satin |
| 08/31/2013 12:10:06 | 45B9F02EB8883F06B651EB5A6A60CDC5F5CADFB4 | Alone Is A Dream Left Behind |
| 08/31/2013 11:24:37 | D9C1DAA9F61570C99D0BBDB6AA33DBDAD3AEF2C1 | I Love James Deen |
| 08/31/2013 10:59:05 | 501A2CBF9A0E0C73F3A7D0853D4742729F6BCEBC | Raw Passion |
| 08/31/2013 10:58:02 | F9E38D2D1046CB74B655CE526E467D8699C66975 | We Love Ourselves |
| 08/31/2013 10:23:59 | 672D4BD32A8F78564055E9ABDDD4DDB8CA5FCD69 | Sneaking In |
| 08/09/2013 02:46:38 | 18432A67463E47F0CAC8A05A2F215B2313B6777B | Made for Each Other |
| 08/09/2013 02:45:27 | E88FC221F504A9B445A6E651E54762DF0C9CDDE9 | This Really Happened |
| 08/09/2013 02:42:09 | 7E528C991F0F02C2204C179548A9603A5DEFC4C8 | New Romance |
| 07/20/2013 01:39:08 | 3F045A78FE784D6EA44EAF240EF47CD1A16AE324 | Getting Down |
| 07/20/2013 01:16:46 | 0FA74CDA7B2CF7A2D007B98EA13A0500445AC0EE | Without Words |
| 07/20/2013 01:15:39 | A1FE434A09D96AF5C4F3119D9D9291D878178DAC | Technicolor Dreams |
| 07/20/2013 01:14:01 | E77F7B746C7D236EF935E348961A2546407FE3A6 | Mad Passion |
| 07/20/2013 01:06:20 | BCCC275FBAE8790EEE7FFBC0AA6F5DDAE94D4DEE | Late for Work |
| 07/19/2013 00:32:59 | DB40B8E392A7B326D9E8D4009DBFC7958ABF2B98 | Featherlight |
| 07/19/2013 00:15:58 | E948E0B3EF99AF7816465405FDD3F5313242AA68 | Wonder Waltz |
| 07/19/2013 00:06:30 | D0F9DB5218864AFDC395504DDF15862406E393FD | Pool Party For Three |
| 06/13/2013 23:56:07 | 7D520657A4487243A7D3816E7EE6AACB89D48F1B | Bad Girls |
| 04/21/2013 06:03:15 | 714AFEF528228FEDC583BC93FF73CEC73E2B58F4 | Fashion Models |
| 04/10/2013 01:18:27 | 625D5F66A1D803B7CC6ADE3FBEC10D0CD9694A28 | Enchanting Real Orgasms |
| 04/10/2013 00:27:03 | 8E66F988C58DD641E706C0B82002B205B558B07D | Circles of Bliss |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/29/2013 18:55:41 | 50BC53F1237BA6E3377258CAC1C72B680F6D42D0 | I Love X Art |
| 03/13/2013 00:20:43 | B535394D9F0AD57C6E03068BB3CF9D9234E4C960 | Another Night |
| 03/13/2013 00:20:32 | 91AF7A51D429BF0E21F54434ED94EEAB5826238A | Spilled Milk |
| 03/05/2013 02:31:28 | F8C5D243D9C9515F444AF89C80B6840569D68D1F | Two Boys and a Girl |
| 03/05/2013 01:55:15 | 48ACF6301B758ADBFD11F012611F427CDB62473D | Wild Things |
| 03/01/2013 06:32:53 | 68A1A589090DEDE1FA61DC145510B9A3C7B5AB7B | Afternoon Snack |
| 12/16/2012 11:42:05 | 036BE03A1983921508EC7F1F70C89FBA37E07F32 | Unforgettable View #2 |

**Total Statutory Claims Against Defendant: 30**

EXHIBIT A

**Copyrights-In-Suit for IP Address 71.225.132.3**

**ISP:** Comcast Cable
**Location:** Malvern, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Afternoon Snack | PA0001833267 | 02/23/2013 | 04/01/2013 | 03/01/2013 |
| Alone Is A Dream Left Behind | PENDING | 08/24/2013 | 09/10/2013 | 08/31/2013 |
| Another Night | PA0001833359 | 03/13/2013 | 04/12/2013 | 03/13/2013 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 06/13/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 04/10/2013 |
| Enchanting Real Orgasms | PA0001833295 | 03/22/2013 | 04/01/2013 | 04/10/2013 |
| Erotic Stretching and Sex | PENDING | 09/08/2013 | 09/08/2013 | 09/11/2013 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 04/21/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 07/19/2013 |
| Getting Down | PA0001838601 | 04/25/2013 | 04/14/2013 | 07/20/2013 |
| I Love James Deen | PENDING | 08/20/2013 | 09/10/2013 | 08/31/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 03/29/2013 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 07/20/2013 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 07/20/2013 |
| Made for Each Other | PA0001860974 | 07/31/2013 | 08/29/2013 | 08/09/2013 |
| New Romance | PA0001860972 | 08/05/2013 | 09/03/2013 | 08/09/2013 |
| Pool Party For Three | PA0001859656 | 07/13/2013 | 08/01/2013 | 07/19/2013 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 08/31/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 09/03/2013 |
| Sneaking In | PA0001860962 | 08/17/2013 | 09/08/2013 | 08/31/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 03/13/2013 |
| Spontaneous | PA0001860977 | 08/22/2013 | 09/10/2013 | 09/08/2013 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Technicolor Dreams | PA0001843101 | 04/27/2013 | 05/14/2013 | 07/20/2013 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 08/09/2013 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 03/05/2013 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/16/2012 |
| We Love Ourselves | PA0001860944 | 08/26/2013 | 09/08/2013 | 08/31/2013 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 03/05/2013 |
| Without Words | PA0001859650 | 07/17/2013 | 08/01/2013 | 07/20/2013 |
| Wonder Waltz | PA0001859655 | 07/15/2013 | 08/02/2013 | 07/19/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  30**

EXHIBIT B

EPA206

## EXCULPATORY EVIDENCE REQUEST FORM

Your IP address has been identified as being used to download and distribute Plaintiff's copyrighted works through the BitTorrent file distribution network. If you maintain that you are not the person who downloaded and distributed Plaintiff's copyrighted works, Plaintiff respectfully request that you:[1]

1.   State the name and address of the person who was responsible for the infringement as outlined in this lawsuit.

_____

_____

2.   Explain in detail the facts upon which you base your assertion that the person identified above downloaded and distributed Plaintiff's copyrighted works.

_____

_____

_____

3.   Explain in detail all of the facts which you believe support your assertion that you are not the person who downloaded and distributed Plaintiff's copyrighted works.

_____

_____

_____

4.   State whether you have ever received a notice from your ISP informing you that your Internet service was being used to commit copyright infringement.  If your answer is anything other than an unqualified no, please explain in detail the circumstances of each such notice.  Note: You may wish to call your internet service provider to confirm your response to this question.

_____

_____

_____

_____

[1] You are not legally required to fill out this form and have the right to consult with an attorney. You may use additional paper if necessary. As set forth in paragraphs 25 through 28 of the Complaint, Plaintiff has Additional Evidence which may be helpful in identifying the infringer. Please do not hesitate to contact Plaintiff's counsel for a copy of this Additional Evidence.

EXHIBIT C

EPA206