# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                                                               Civil Action No. 2:13-cv-05889-RB

JOHN DOE, subscriber assigned IP address
71.225.132.3,

       Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 71.225.132.3  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  January ____, 2014

                                                     Respectfully submitted,

                                                   By:      /s/ *Christopher P. Fiore*
                                                   Christopher P. Fiore
                                                   cfiore@fiorebarber.com
                                                   Attorneys At Law
                                                   425 Main Street, Suite 200
                                                   Harleysville, PA 19438
                                                   Phone:  215-256-0205
                                                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on January ____, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                           By:  /s/ *Christopher P. Fiore*_____
                                                             Christopher P. Fiore